**Ralph C. Spooner, OSB No. 73288**
E-mail:  rspooner@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:    503-588-5899
*Of Attorneys for Defendant Country Mutual Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JARED AND MYRANDA REDIGER, HAYSTORM HARVESTING & FIBER, INC., | Case No. 6:16-cv-02263-AA |
| Plaintiffs, | **ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL** |
| v. | |
| COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

THIS MATTER came on before the court on the Stipulation of the attorneys for the plaintiff and defendant, and the court being advised that the matter has been fully settled and compromised and the parties are requesting that the Clerk of this Court or Deputy Clerk enter Judgment dismissing the case with prejudice and without costs, disbursements or attorney fees being allowed to any party. IT IS SO ORDERED.

DATED this 14th day of December, 2022.

    /s/Ann Aiken
ANN AIKEN
United States District Judge

Page 1 – ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL